54739 Barnes

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-07015 |
| | Chapter 13 |
| Richard A. Barnes | Judge Schmetterer |
| Debtor. | |

## CORPORATE AMERICA FAMILY CREDIT UNION'S RESPONSE TO DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY

NOW COMES the movant Corporate America Family Credit Union, the "Credit Union," by and through its attorneys Kerry Trunkett and Caroline Hasten of Trunkett & Trunkett, P.C. for its Response to Debtor's Motion to Impose the Automatic Stay, states as follows:

1. On April 26, 2016, Richard A. Barnes, the "Debtor," entered into a loan agreement with the Credit Union for the refinancing of a 2011 Harley Davidson Motorcycle in the principal amount of $21,477.30. Attached hereto as Exhibit A is a true and correct copy of the Loan Agreement.

2. The loan is secured by a lien on the 2011 Harley Davidson motorcycle VIN 1HD1FC411BB673358 (the "Harley"). Attached hereto as Exhibit B is a true and correct copy of the title naming the Credit Union as the lienholder.

3. On March 21, 2018, the Debtor received a discharge in a Chapter 7 case (17-01179). Prior to discharge, the Debtor reaffirmed his loan with the Credit Union as to the Harley Davidson. Attached hereto as Exhibit C is a true and correct copy of the Reaffirmation Agreement.

4. On April 16, 2018, the Debtor voluntarily filed for relief under Chapter 13 of the United States Bankruptcy Code under case number 18-11082. That Chapter 13 case was dismissed for failing to make plan payments on July 11, 2018.

54739 Barnes

5. On August 30, 2018, the Debtor voluntarily filed for relief under Chapter 13 of the United Bankruptcy Code under case number 18-24569. That Chapter 13 case was dismissed for failing to make plan payments on January 23, 2019.

6. On March 13, 2019, the Debtor filed this Chapter 13 case, filed his Petition, Schedules, and filed a Motion to Impose the Automatic Stay.

7. During this time, the Debtor has been in possession of the Harley and has made repeatedly false statements to the Credit Union regarding the status of the Harley and its whereabouts.

8. Specifically, the Debtor told the Credit Union representative that the motorcycle is in pieces in his garage, that a repair shop in Indiana has possession of the Harley, and that he was moving to Texas.

9. The Debtor fails to list this asset in his new bankruptcy schedules and fails to list the Credit Union as a secured creditor.

10. However, the Debtor has an active, full coverage policy on the Harley with Geico and the Secretary of State shows an active registration for the Harley through June 30, 2019. Attached hereto as Exhibit D is the declaration page of the insurance policy.

11. Despite having reaffirmed the Harley loan and retaining possession of the Harley, the Debtor has failed to make payments pursuant to the reaffirmation agreement and has failed to turn the Harley over to the Credit Union.

12. On August 28, 2018, the Credit Union filed a Complaint in Detinue in Cook County seeking the return of the Harley.

13. This newest bankruptcy case has been filed in bad faith with the specific intention to thwart the Credit Union's attempts to recover the Harley.

14. The Bankruptcy Code allows the court to impose the stay "as to any or all creditors, after notice and a hearing, only if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed." 11 U.S.C. §362 (c)(4)(B).

15. Here, the Debtor's newest bankruptcy petition fails to list the Harley as an asset and fails to list the Credit Union as a secured creditor pursuant to the reaffirmed Harley Loan.

WHEREFORE, Corporate America Family Credit Union prays this Court to enter an order denying the Debtor's Motion to Impose the Automatic Stay as to the Credit Union and for whatever further relief this Court deems just and proper.

|  |  |
|---|---|
| **TRUNKETT & TRUNKETT, P.C.**<br>20 N. Wacker Drive<br>Suite 1434<br>Chicago, IL 60606<br>312.324.3101<br>Kerry Trunkett: 6188221<br>Caroline Hasten: 6316656 | Respectfully submitted,<br>Corporate America Family Credit Union<br><br>By: _/s/ Kerry Trunkett_____<br>Kerry Trunkett, One of Its Attorneys |